08-192

To Whom it may concern                6-15-2009
I Hector Perez #(29440050) D.O.B
8-■-82 SSN- ■ - ■ - ■         sentencing
date was 1-26-09. Judge Brown. I
am requesting to get my sentencing
Transcript and statement of Reason.
I Don't know my case number. I
am Poor. I Don't got No moneys to
Pay for my Papers work I would
appreciate it you can Help me
in this matter. I Just need it
for future Reasons. So take care. Have
A Blessing years. Need this things as soon as
you can.

RECEIVED
JUN 17 2009
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Respectfully

Hector Perez #29440050

x [signature]



Hector Perez #294400050
U.S.P) Canaan
P.O. Box 300
Waymart Pa
18472

To: Clerk of court
402- State -St
Trenton NJ
08609